OPINION — AG — KEY WORDS: NEW BUILDING FOR THE CHURCH OF CHRIST, APPLIED FOR AN OKLAHOMA LICENSE AS AN ARCHITECT, STATEMENT NOT BORNED BY RECORDS, SHOULD HE (COUNTY ATTORNEY) PROSECUTE? ANSWER: THE COUNTY ATTORNEY COULD PROSECUTE (ILLEGAL PRACTICING) CITE: 59 O.S. 1961 45.1-45.24 [59-45.1] — [59-45.24], 59 O.S. 1961 45.22 [59-45.22], 59 O.S. 1961 45.5 [59-45.5], 59 O.S. 1961 45.3 [59-45.3], ARTICLE XX, SECTION 2, 22 O.S. 1961 121 [22-121] (FRED HANSEN)